In the Matter of the Estate of JOHN P. KELLAS, Deceased.
JEAN M. ELDREDGE, Individually and as Administratrix
with the Will Annexed of the Estate of JOHN P. KELLAS,
Deceased, et al., Appellants; ANNA G. KELLAS,
Respondent.

Argued October 19, 1939; decided November 14, 1939.

*George J. Moore* for Jean M. Eldredge, individually and as administratrix, appellant.

*Paul M. Cantwell,* special guardian for LeRoy M. Kellas, appellant.

*William L. Allen* and *John W. Genaway* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.